**Order entered April 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01284-CV

**KENNETH LEO BUHOLTZ, Appellant**

**V.**

**TEXAS DEPARTMENT OF TRANSPORTATION, Appellee**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-02337-2018**

## ORDER

Before the Court is appellant's April 1, 2019 motion for a forty-five day extension to file his brief. Appellant explains the extension is necessary because a motion he filed challenging the Court's jurisdiction and a motion he filed seeking sanctions against appellee remain pending. Appellant also seeks the extension based on the record of a hearing held in a special commissioner's court in an on-going companion case involving eminent domain not being filed. Appellant asserts the trial court could address the issue of the record if the Court gives "fair and just consideration" to his challenge to the jurisdiction.

We **GRANT** appellant's motion to the extent we **SUSPEND** the briefing deadline pending the Court's determination of appellant's motions challenging the Court's jurisdiction and for sanctions.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE